1  LAURENCE P. NOKES, Bar No: 106113
   THOMAS P. QUINN, JR. Bar No: 132268
2  MOLLY K. SHIPP, Bar No: 202797
   NOKES & QUINN
3  450 Ocean Avenue
   Laguna Beach, CA 92651
4  Tel: (949) 376-3055
   Fax: (949) 376-3070
5  Email:       lnokes@nokesquinn.com
                tquinn@nokesquinn.com
6               mshipp@nokesuinn.com

7  Attorneys for Plaintiffs
   MICHAEL POLLAK and ROSEMARIE POLLAK
8

**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL POLLAK and ROSEMARIE POLLAK, | Case No. SACV07-1044 DOC (RNBx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| THE NAVIGATORS GROUP, INC., a Delaware corporation; NAVIGATORS INSURANCE COMPANY, a New York corporation; NIC INSURANCE COMPANY, a New York Corporation; NAVIGATORS CALIFORNIA INSURANCE SERVICES, INC., a California corporation, and DOES 1 through 100, Inclusive, | |
| Defendants. | |

**CONSIDERING** the foregoing Stipulation of Dismissal with prejudice entered into between Plaintiffs MICHAEL POLLAK and ROSEMARIE POLLAK and Defendant NIC INSURANCE COMPANY, stating that the above-entitled action has been fully and finally compromised and settled on the merits and good cause appearing therefor,

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1    **IT IS ORDERED, ADJUDGED AND DECREED** that the claims and
2    demands of Plaintiffs MICHAEL POLLAK and ROSEMARIE POLLAK against
3    Defendant NIC INSURANCE COMPANY, are hereby dismissed with prejudice,
4    each party to bear its own attorney's fees and costs.

6    DATED:  July 23, 2008         _____
7                                  HON. DAVID O. CARTER, JUDGE
8                                  UNITED STATES DISTRICT COURT